■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER RENFROE, on Behalf of PHILIP CASIMIR, Petitioner, v WARDEN, Respondent. [855 NYS2d 371]—

The determination of the Supreme Court, Westchester County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Rivera, J.P., Lifson, Florio and Chambers, JJ., concur.